UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CR-00311-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ARTHIANDO LUREZ PHILLIPS, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Motion for compassionate release. (Doc. No. 28.) After reviewing the Motion, the Court **DIRECTS** the United States to file a response to the Motion within thirty (30) days of this Order. Defendant shall have thirty (30) days after service of the United States's response to file a final reply brief.

**IT IS SO ORDERED.**

Signed: October 21, 2024

Frank D. Whitney
United States District Judge

1